The Honorable J. Richard Creatura

```
             FILED        LODGED
                      RECEIVED
            FEB 18 2016
         CLERK U.S. DISTRICT COURT
      WESTERN DISTRICT OF WASHINGTON AT TACOMA
      BY                              DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAKWA CHIQUITI,<br><br>Defendant. | CASE NO. MJ16-5034<br><br>COMPLAINT FOR VIOLATION<br>Title 18, United States Code, Sections 113(a)(7) and 1153. |

BEFORE the Honorable J. Richard Creatura, United States Magistrate Judge, Tacoma, Washington,

The undersigned complainant being duly sworn states:

### COUNT 1

**(Assault Resulting in Substantial Bodily Injury)**

During on or about December 22 and 23, 2015, at Suquamish, on the Port Madison Indian Reservation in Indian Country as defined by Title 18, United States Code, Section 1151, within the Western District of Washington, HAKWA CHIQUITI, an enrolled member of the Suquamish Indian Tribe, did knowingly and intentionally assault an intimate and dating partner, specifically K.T., and such assault did result in substantially bodily injury to K.T.

All in violation of Title 18, United States Code, Sections 113(a)(7) and 1153.

CRIMINAL COMPLAINT/
*United States v. Hakwa Chiquiti* – 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The undersigned complainant being duly sworn further states:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed since March of 2002. Prior to becoming a Special Agent, I was employed by the FBI as a Computer Forensic Examiner for six and one-half years. I am currently assigned to the Poulsbo Resident Agency of the FBI where I specialize in various computer and internet related crimes. Prior to my current assignment, I was in the Violent Crimes Major Offenders squad in the Philadelphia Division of the FBI.

2. I am an investigative and law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). My experience as an FBI Agent has included the investigation of cases involving a wide variety of violent crimes, and I have received specialized training and gained experience in investigations of federal crimes committed in Indian Country, arrest procedures, search warrant applications, the execution of searches and seizures, cyber-crimes computer evidence identification, computer evidence seizure and forensic processing, and various other criminal laws and procedures.

3. The information contained in this affidavit is based upon information obtained from reports of the Suquamish Tribal Police Department and the FBI, the investigations conducted by others, and the details related to me by others familiar with this matter. Because this affidavit is made for the limited purpose of establishing probable cause, I have not listed each and every fact known to me concerning this investigation. Specifically, I am familiar with the Suquamish Tribal Police Department and the FBI concerning the investigation of Hakwa Chiquiti as to the events of December 22 and 23, 2015, that occurred at Chiquiti's residence located at 6937 N.E. Totem Lane, Suquamish, Washington, involving the assault of an adult female, K.T. The Suquamish Tribe has confirmed that Chiquiti's residence is located within the exterior boundaries and on tribal trust land of the Port Madison Indian Reservation.

4. Hakwa Chiquiti is a 38 year old Native American male and is an enrolled member of the Suquamish Tribe. He was, during December 2015, the intimate and

CRIMINAL COMPLAINT/
United States v. Hakwa Chiquiti – 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

dating partner of K.T., a 30 year old Caucasian female, and had been for approximately eight years.

5. In the late afternoon of December 23, 2015, a woman placed a 911 call to report a domestic disturbance, and explained that she was walking by the 6937 N.E. Totem Lane when she saw and heard a woman screaming at a man that he was going to "beat the shit" out of her, and the man threw the woman in a car and drove away. While on the phone with the 911 dispatcher, the woman caller reported that the car was driving back to the residence. The caller stated that "it sounded scary." The caller further stated that the man was trying to drag the female into the house while the female was screaming, "take me home."

6. Based on the description of the residence provided by the woman caller, law enforcement determined the location of the incident to be 6937 N.E. Totem Lane in Suquamish. At approximately 5:15 p.m., Kitsap County deputies and Suquamish Police Sergeant Tom Nance responded to 6937 N.E. Totem Lane and contacted K.T. Sgt. Nance observed that K.T. was clearly upset and covered in blood from her face to her clothing. He also observed injuries to K.T.'s face.

7. Interviews with K.T. during December 23, 2015, and several days following detailed the events that had occurred at Chiquiti's residence were conducted by Suquamish Police detectives and an FBI agent. K.T. identified Hakwa Chiquiti as the person who had assaulted her. K.T. identified the residence as Chiquiti's house, and that she and Chiquiti had dated on and off for about eight years. Chiquiti had picked up K.T. from her residence in Bremerton on December 22nd, and returned to his residence on Totem Lane. K.T. explained that she was not feeling well and was sleeping in the bedroom. Chiquiti woke her up and wanted to have sex with her. She did not want to have sex and told him no. They began to argue about the matter, and K.T. left the bedroom to get away from him and went upstairs. Chiquiti followed K.T. and continued to argue with her. At one point, Chiquiti came up behind he, placed his arm around her neck and began to strangle her telling her to "Go to sleep." K.T. was unable to do

CRIMINAL COMPLAINT/
*United States v. Hakwa Chiquiti* – 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

anything in response and thought she was going to die. K.T. reported that she could not breathe or make any sounds. When Chiquiti let go, K.T. she fell to the floor and gasped for air. She was lying on her arm and it was pressing against her chest. Chiquiti then stomped on K.T.'s back. When he stomped on her back this caused substantial pain to K.T.'s chest.

      8. A short time later, K.T. went into the bathroom to take a bath. Chiquiti continued to argue with her, and he slammed her head onto the edge of the bathtub. K.T. reported that she saw flashing, bright lights and her nose and mouth started to bleed, and continued to bleed for a long time afterward. When she got out of the bathtub, Chiquiti strangled her again, and let go just before she lost consciousness. During interviews, K.T. explained that Chiquiti had choked and strangled her on several prior occasions, usually from behind with his arm and elbow up against her throat. K.T. stated that Chiquiti did this to get her to shut up.

      9. Subsequently, K.T. asked to go home and Chiquiti agreed to take her. Chiquiti began driving with K.T. away from his residence and the two continued to argue. Chiquiti then refused to take K.T. home and returned back to his residence. He pulled K.T. out of his vehicle and towards the front door of his house. K.T. stated repeatedly that she just wanted to go home, and that he was "going to beat the shit out of [her] again." These statements were heard by the 911 female caller as later reported to the Suquamish Police.

      10. Chiquiti left K.T. at his residence and drove away. He returned a short time later and was contacted by Suquamish Police officers.

      11. K.T. was taken to the emergency room at Harrison Hospital in Bremerton, Washington. K.T. was wearing a sweatshirt that had blood stains on it. It is believed that the blood stains were the result of profuse bleeding from K.T.'s mouth and nose that occurred when Chiquiti had slammed K.T.'s head onto the bathtub edge. K.T. stated that she is prone to nosebleeds, but that the amount of blood from her nose and mouth were

CRIMINAL COMPLAINT/
United States v. Hakwa Chiquiti – 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

much more than normal and the result of the having her face slammed against the bathtub.

12. K.T. also had numerous bruising and abrasions on her face, neck, head, left eye, chest, and back. The abrasions and marks included numerous pinpoint flat round red spots under the skin surface on K.T.'s neck. Based on my conversation with agents and officers who have received training on evidence of strangulation, it is believed that the red spots are indicative of intradermal hemorrhage (bleeding into the skin) caused by capillaries bursting from pressure applied to the neck. K.T. also reported that she was experiencing hoarseness and soreness to her throat; this is another indicator of strangulation and choking.

13. K.T. also had noticeable bruising around her right eye from the impact against the bathtub. She was subsequently seen by an ophthalmologist almost a month after the incident for swelling next to the right eye. K.T. reported that she had continued to have problems with vision for approximately a month after the assault, as well as soreness and pain to her extremities, back and head.

14. Based on the foregoing, I submit that probable cause exits to believe that HAKWA CHIQUITI did commit the crime of Assault Resulting in Substantial Bodily Injury, in violation of Title 18, United States Code, Sections 113(a)(7) and 1153.

NORMAN B. SANDERS, Complainant
Special Agent
Federal Bureau of Investigation

CRIMINAL COMPLAINT/
*United States v. Hakwa Chiquiti* – 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Based on the Complaint and Affidavit sworn to before me, and subscribed in my
2  presence, the Court hereby finds that there is probable cause to believe the defendant
3  committed the offense set forth in the Complaint.
4  DATED this /8th day of February, 2016.

_____
J. RICHARD CREATURA
United States Magistrate Judge

CRIMINAL COMPLAINT/
*United States v. Hakwa Chiquiti* – 6

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970